UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

D'Addario, et al,
    *Plaintiffs*,

v.                                               Civil No. 3:16cv99 (JBA)

D'Addario, et al,
    *Defendants*.

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 6/22/16, the following is ordered:

1. Plaintiffs' Amended RICO case statement will be filed by 6/29/16.
2. Defendants' Motions to Dismiss will be filed by 7/21/16; opposition will be filed by 8/11/16; any reply will be filed by 8/25/16.
3. Oral argument will be held 10/31/16 at 10:00 a.m., Courtroom Two.
4. For the reasons set out on the record, Defendants' Joint Motion to Stay Discovery [Doc. # 28] is GRANTED.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: June 22, 2016